ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                    :       INDICTMENT

RICHARD GENIN,                    :       08 Cr.

      Defendant.                :

                              :
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

1. On or about April 1, 2008, in the Southern District of New York, RICHARD GENIN, the defendant, unlawfully, willfully, and knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material that had contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, GENIN possessed videos containing child pornography.

(Title 18, United States Code, Sections 2252A(a)(5)(B).)


_____           _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney